Page No:    1

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| Case No.: | 20-11328 | Trustee Name: | Nicole Testa Mehdipour, Trustee |
| Case Name: | BATHROOMS PLUS INC | Date Filed (f) or Converted (c): | 01/31/2020 (f) |
| For the Period Ending: | 03/31/2022 | §341(a) Meeting Date: | 03/09/2020 |
| | | Claims Bar Date: | 04/10/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Chase (negative balance) business checking 2583 | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Chase (negative balance) business checking 2113 | $0.00 | $30.00 | | $20.15 | FA |
| 3 | assorted construction material $0.00 | $1,000.00 | $0.00 | OA | $0.00 | FA |
| 4 | 3 L shaped desks - $300.00 1 computer desk - $50.00 office chairs - $140.00 1 manager desk - $200.00 1 credenza - $100.00 printer - $20.00 fridge - $25.00 file cabinets - $100.00 round table and 2 chairs - $25.00 rack/shelves unit - $20.00 $0.00 | $980.00 | $0.00 | OA | $0.00 | FA |
| 5 | wall art $0.00 | $100.00 | $0.00 | OA | $0.00 | FA |
| 6 | Ford Transit 250 - Leased Vehicle $0.00 | Unknown | $0.00 | OA | $0.00 | FA |
| 7 | Ford Transit 250 - Leased Vehicle $0.00 | Unknown | $0.00 | OA | $0.00 | FA |
| 8 | power tools - $350.00 hand tools - $350.00 saw - $50.00 air compressor - $50.00 demo hammer - $50.00 pallet jack - $50.00 hand trucks - $50.00 $0.00 | $950.00 | $0.00 | OA | $0.00 | FA |
| 9 | Westguard Insurance Refund (u) | $0.00 | $92.46 | | $92.46 | FA |
| 10 | Preference/Fraudulent Transfer (u) Mehdipour v. Citizens Equity First Credit Union Adv. 22-01131 | $0.00 | Unknown | | $0.00 | Unknown |
| 11 | Preference/Fraudulent Transfer Mehdipour v. (u) Galaxy Aviation of Lantana, Inc.  Adv 22-01132 | $0.00 | Unknown | | $0.00 | Unknown |
| 12 | Preference/Fraudulent Transfer (u) Mehdipour v. Safe Harbor Marinas, LLC Adv. 21-01133 | $0.00 | Unknown | | $0.00 | Unknown |
| 13 | Preference/Fraudulent (u) Mehdipour v. Zephyr Aircraft Engines Adv. 22-01134 | $0.00 | Unknown | | $0.00 | Unknown |
| 14 | Preference/Fraudulent Transfer (u) Mehdipour v. Palm Beach Flight Training Adv. 22-01135 | $0.00 | Unknown | | $0.00 | Unknown |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | |
|---|---|
| **Case No.:**   20-11328 | **Trustee Name:**   Nicole Testa Mehdipour, Trustee |
| **Case Name:**   BATHROOMS PLUS INC | **Date Filed (f) or Converted (c):**   01/31/2020 (f) |
| **For the Period Ending:**   03/31/2022 | **§341(a) Meeting Date:**   03/09/2020 |
| | **Claims Bar Date:**   04/10/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15   Preference/Fraudulent Transfer   **(u)**<br>Mehdipour v. Aircraft Acquisitions, LLC<br>Adv. 22-01146 | $0.00 | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                                                          **Gross Value of Remaining Asset**

|  | $3,030.00 | $122.46 | | $112.61 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

04/01/2022    Trustee filed several adversaries for Preference/Fraudulent Transfers and is in the process of retaining special litigation counsel, Michael Foster and Young Foster PLLC.
Claims are being reviewed.
Extension for tax returns filed.

03/31/2021    Trustee is retaining a financial advisor in order to determine whether there are any avoidance actions to file and file an extension for tax returns.
Claims objection is in process.

04/28/2020    Trustee is investigating the assets in the case, has retained counsel, and is looking into the retention of a financial advisor.
Claims Bar Date:  4/10/2020
Tax returns do not require filing at this time.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):**   12/31/2021 | **Current Projected Date Of Final Report (TFR):**   07/01/2023 | /s/ NICOLE TESTA MEHDIPOUR, TRUSTEE<br>NICOLE TESTA MEHDIPOUR, TRUSTEE |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | | |
|---|---|---|
| **Case No.** | 20-11328 | |
| **Case Name:** | BATHROOMS PLUS INC | |
| **Primary Taxpayer ID #:** | **-***6602 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 04/01/2021 | |
| **For Period Ending:** | 03/31/2022 | |

| | |
|---|---|
| **Trustee Name:** | Nicole Testa Mehdipour, Trustee |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******2801 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $52,222,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 02/18/2020 | (2) | Chase Bank | Closeout of Bank Account ending 2113 | 1129-000 | $20.15 | | $20.15 |
| 05/14/2020 | (9) | Westguard Insurance Company | Turnover of Insurance Funds | 1229-000 | $92.46 | | $112.61 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.18 | $112.43 |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.16 | $112.27 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.18 | $112.09 |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.18 | $111.91 |
| 02/26/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.16 | $111.75 |
| 03/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.18 | $111.57 |
| 04/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.18 | $111.39 |
| 05/28/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.16 | $111.23 |
| 06/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.17 | $111.06 |
| 07/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.18 | $110.88 |
| 08/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.17 | $110.71 |
| 09/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.17 | $110.54 |
| 10/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.17 | $110.37 |
| 11/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.17 | $110.20 |
| 12/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.17 | $110.03 |
| 01/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.17 | $109.86 |
| 02/28/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.16 | $109.70 |
| 03/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.17 | $109.53 |

|  |  |  |
|---|---|---|
| **SUBTOTALS** | $112.61 | $3.08 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| | |
|---|---|
| **Case No.** | 20-11328 |
| **Case Name:** | BATHROOMS PLUS INC |
| **Primary Taxpayer ID #:** | **-***6602 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 04/01/2021 |
| **For Period Ending:** | 03/31/2022 |

| | |
|---|---|
| **Trustee Name:** | Nicole Testa Mehdipour, Trustee |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******2801 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $52,222,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $112.61 | $3.08 | $109.53 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $112.61 | $3.08 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $112.61 | $3.08 | |

| **For the period of 04/01/2021 to 03/31/2022** | | **For the entire history of the account between 02/18/2020 to 3/31/2022** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $112.61 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $112.61 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2.04 | Total Compensable Disbursements: | $3.08 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2.04 | Total Comp/Non Comp Disbursements: | $3.08 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| Case No. | 20-11328 | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | BATHROOMS PLUS INC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6602 | Checking Acct #: | ******2801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2021 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 03/31/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $112.61 | $3.08 | $109.53 |

**For the period of 04/01/2021 to 03/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $2.04 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2.04 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/18/2020 to 3/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $112.61 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $112.61 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $3.08 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3.08 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ NICOLE TESTA MEHDIPOUR, TRUST

NICOLE TESTA MEHDIPOUR, TRUSTEE